■ JULES CHOPAK, Appellant, v. P. JAY SIDNEY, Respondent.— Appeal from an order denying a motion to dismiss a counterclaim to recover damages for alleged malicious prosecution on the ground it does not state facts sufficient to constitute a cause of action. Order affirmed, with $10 costs and disbursements. (*Halberstadt* v. *New York Life Ins. Co.,* 194 N. Y. 1; *Schneider* v. *Schlang,* 159 App. Div. 385; *Sidorsky* v. *Lemkin,* 188 N. Y. S. 401; Restatements, Torts, §§ 653, 654.) Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ IRVING M. CONVISER et al., Appellants, v. CARMINE VANO et al., Respondents.— In an action by the purchasers of real property against the sellers to recover damages for breach of warranty and fraud because of the collapse of a retaining wall following a rainstorm, the appeal is from a judgment, entered on a jury verdict dismissing the second amended complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.